**DOUGLAS I. HORNGRAD** (SBN 095086)
**SAM O'KEEFE** (SBN 267784)
Attorneys at Law
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133-2926
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorneys for Defendant
**TREVOR DAVIDSON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR DAVIDSON,<br><br>Defendant. | Case No. 1:25-CR-00136-JLT-SKO<br><br>**AFFIDAVIT OF THIRD PARTY CARETAKER SATOKO DAVIDSON**<br><br>Date: July 22, 2025<br>Time: 2:00 p.m.<br>Magistrate Judge Sheila K. Oberto |

I, SATOKO DAVIDSON, do declare:

1. I am the mother of Trevor Davidson. I was born on December 15, 1944, at Camp Tule Lake, a Japanese internment camp in Modoc County, California. My family has resided in the Bay Area for several generations. Prior to being placed in the camp my father, Chiyoji Nagatoshi, had owned a plant nursery in Oakland.

2. I currently reside with my husband and Trevor's father, Jeffrey Davidson, at 6030 Ascot Drive, in Oakland, California. Jeffrey Davidson and I have been married for over fifty years.

3. We raised Trevor Davidson and his two brothers, Kevin and Sean Davidson, in Oakland California. During their upbringing Jeffrey Davidson worked as a psychologist for the Marin County Superior Court and I worked in education, first in special education for the

Fremont Schools and later as an infant specialist for the Vallejo School District. Currently my eldest son, Kevin Davidson, lives in Gilroy with his wife and children, and works in the auto service department for Volkswagen. My second son, Sean Davidson, lives in Castro Valley with his wife and children and works for a company that makes medical devices. We are close knit family. Both of Trevor's brothers are aware of the current charges brought against him and offer their support.

3. In the past five years Trevor has been contacted by law enforcement on two other occasions. As my son was not arrested on either of those occasions, I regrettably underestimated the severity of the actions for which he is accused. I now know the full extent of the offenses for which Trevor has been charged and know that Trevor is an individual who needs the enforcement of strict rules and constant supervision.

4. Upon his release from custody Trevor Davidson will be released into my supervision and care and will reside with Jeffrey Davidson and myself at the address above.

5. I will ensure that Trevor makes all scheduled appearances before the Court and abides by all orders of the Court while on pretrial release. I am aware that such orders of the Court may include, but are not limited to, electronic monitoring, reporting conditions, drug testing, therapy and counseling, and a ban on the use of any electronic device that can access the internet unless under my direct supervision.

6. I will be able to monitor Trevor's behavior and whereabouts closely to ensure his compliance with any and all orders of the court. I am currently not employed and have sufficient time to give Trevor the supervision and care that he requires.

Executed under penalty of perjury and upon information and belief this 22st day of July, 2025, at Oakland, California.

*/s/ Satoko Davidson*
**SATOKO DAVIDSON**
Third Party Caretaker for
**TREVOR DAVIDSON**