DOUGLAS I. HORNGRAD
Attorney at Law
(State Bar No. 95086)
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone (415) 397-9509
Facsimile (415) 397-9519

Attorney for TREVOR DAVIDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 1:25-cr-00136 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM SEPTEMBER 3, 2025 TO DECEMBER 17, 2025 |
| v. | |
| TREVOR DAVIDSON, | |
| Defendant. | |

The parties respectfully request that the status conference set for September 3, 2025, be continued to December 17, 2025, so the parties have additional time to review outstanding discovery issues and to engage in plea negotiations and continue to work toward a resolution. Also, the defense needs additional time to conduct a psychological assessment of Mr. Davidson. The parties will likely be prepared to schedule a trial date if necessary at the next status conference.

It is hereby stipulated by and between counsel for the United States and counsel for Trevor Davidson that time be excluded under the Speedy Trial Act from September 3, 2025, through December 17, 2025, for effective preparation of counsel. (See 18 U.S.C. §3161(h)(7)(B)(iv).). There is discovery that can only be reviewed at the FBI Fresno Office.

Counsel for Mr. Davidson has an appointment to review that discovery. The parties plan to engage in plea negotiations after a full review of the discovery.

The parties therefore stipulate and agree that excluding time from September 3, 2025, through December 17, 2025, is necessary to allow for effective preparation of defense counsel, taking into account the exercise of due diligence. (See 18 U.S.C. §3161(h)(7)(B)(iv).). The parties further stipulate and agree that the ends of justice served by excluding time from September 3, 2025, through December 17, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. (See 18 U.S.C. §3161(h)(7)(A), (B)(iv).)

The undersigned attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 27, 2025     */s/ David Gappa*_____
　　　　　　　　　　　　　　DAVID GAPPA
　　　　　　　　　　　　　　Assistant United States Attorney

DATED:  August 27, 2025    */s/ Douglas I. Horngrad*_____
　　　　　　　　　　　　　　DOUGLAS I. HORNGRAD
　　　　　　　　　　　　　　Counsel for Defendant Trevor Davidson

# ORDER

Defendant was arraigned on July 17, 2025. To provide the parties additional time to review and address outstanding discovery issues, to engage in plea negotiations, to continue to work toward a resolution and to conduct a psychological assessment of Mr. Davidson, the status conference set for September 3, 2025, is continued to December 17, 2025, at 1:00 p.m. The Court finds that the ends of justice are served by excluding the time from September 3, 2025, through December 17, 2025, under the Speedy Trial Act, as it outweighs the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time from September 3, 2025, through December 17, 2025, shall be excluded from computation under the Speedy Trial Act. (18 U.S.C. §3161(h)(7)(A),(B)(iv).)

The parties shall be prepared to select a mutually agreeable trial date on December 17, 2025.

IT IS SO ORDERED.

Dated: __August 28, 2025__          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE