...

DOUGLAS I. HORNGRAD
Attorney at Law
(State Bar No. 95086)
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone (415) 397-9509
Facsimile (415) 397-9519

Attorney for TREVOR DAVIDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>TREVOR DAVIDSON,<br><br>             Defendant. | Case No.: 1:25-cr-00136 JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE MOTION HEARING FROM DECEMBER 4, 2025 TO DECEMBER 10, 2025 |

The parties respectfully request that the hearing on the Motion for Bail Review currently scheduled for December 4, 2025 at 2:00 p.m., be continued to December 10, 2025 at 2:00 p.m. Attorney Douglas Horngrad has a conflicting medical appointment on the afternoon of December 4, 2025, that unfortunately cannot be rescheduled. Attorney Douglas Horngrad requests that this matter be set over to December 10, 2025, the soonest date on which he will be available.

//

//

//

//

//

The undersigned attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 1, 2025        */s/ David Gappa*_____
                               DAVID GAPPA
                               Assistant United States Attorney

DATED:  December 1, 2025         */s/ Douglas I. Horngrad*_____
                               DOUGLAS I. HORNGRAD
                               Counsel for Defendant Trevor Davidson

## **ORDER**

Based on the parties' stipulation and for good cause shown, the hearing set for Motion for Bail Review on December 4, 2025, is continued to **December 10, 2025, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **December 2, 2025**            /s/ *Barbara A. McAuliffe*_____
                                         UNITED STATES MAGISTRATE JUDGE