DOUGLAS I. HORNGRAD
Attorney at Law
(State Bar No. 95086)
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone (415) 397-9509
Facsimile (415) 397-9519

Attorney for TREVOR DAVIDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 1:25-cr-00136 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING FROM JANUARY 12, 2026 TO JANUARY 26, 2026 |
| v. | |
| TREVOR DAVIDSON, | |
| Defendant. | |

The parties respectfully request that the hearing regarding the Government's Motion for Revocation of the Release Order set for January 12, 2025, be reset to January 26, 2026, to permit the defense the opportunity to file a response to the Government's Motion for Stay and Revocation of Release Order filed on December 15, 2025. The Defense respectfully requests a filing deadline of January 19, 2026. The Government has no objection to this request.

//

//

//

//

//

[~~PROPOSED~~] STIPULATED ORDER
*TREVOR DAVDSON*, 1:25-CR-00136 JLT-SKO

//

The undersigned attorney certifies that he has obtained approval from counsel for the Defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 9, 2026          */s/ David Gappa*_____
                                DAVID GAPPA
                                Assistant United States Attorney


DATED:  January 9, 2026         */s/ Douglas I. Horngrad*_____
                                DOUGLAS I. HORNGRAD
                                Counsel for Defendant Trevor Davidson

## ORDER

Based on the parties' stipulation, the hearing set for January 12, 2026, is continued to January 26, 2026, at 9:00 a.m. Any response to the Government's Motion for Stay and Revocation of Release Order must be filed by January 19, 2026.

IT IS SO ORDERED.

Dated: **January 9, 2026**

UNITED STATES DISTRICT JUDGE