**DOUGLAS I. HORNGRAD** (SBN 095086)
**SAM O'KEEFE** (SBN 267784)
Attorneys at Law
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133-2926
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorneys for Defendant
**TREVOR DAVIDSON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>TREVOR DAVIDSON,<br><br>          Defendant. | Case No. 1:25-cr-00136-JLT-SKO<br><br>**REQUEST AND ORDER THAT WITNESS SEAN BEGLEY BE PERMITTED TO APPEAR REMOTELY**<br><br>Date:  January 26, 2026<br>Time: 9:00 a.m.<br>District Judge Jennifer L. Thurston |

This matter is on calendar before the Honorable District Judge Jennifer L. Thurston on January 26, 2026 at 9:00 a.m. At that time the Court may wish to examine Mr. Sean Begley, a private investigator that the Defense has proposed will conduct random searches of Mr. Davidson should he be released from custody, and report his findings to the Court. The Magistrate Judge examined Mr. Begley on the record at the previous hearing on December 10, 2025.

On the morning of January 26, 2026, Mr. Begley must be present for a jury trial in San Mateo County Superior Court. For that reason, the Defense requests that Mr. Begley appear before the Court remotely. Mr. Begley previously appeared remotely before the Magistrate on December 10, 2025.

1

REQUEST AND [~~PROPOSED~~] ORDER THAT WITNESS SEAN BEGLEY BE PERMITTED TO APPEAR REMOTELY

For the foregoing reasons, Defendant requests that the Court permit Mr. Begley to appear remotely before the Court on January 26, 2026.

Dated: January 23, 2026                    Respectfully submitted,

                                      _____

**DOUGLAS HORNGRAD**
**SAMUEL O'KEEFE**
Attorneys for Defendant
**TREVOR DAVIDSON**

**REQUEST AND [~~PROPOSED~~] ORDER THAT WITNESS SEAN BEGLEY BE PERMITTED TO APPEAR REMOTELY**

**ORDER**

Based on the Defendants' Request, on January 26, 2026, witness Mr. Sean Begley may appear remotely before the Court.

IT IS SO ORDERED.

Dated:    **January 23, 2026**

_____
UNITED STATES DISTRICT JUDGE

REQUEST AND [~~PROPOSED~~] ORDER THAT WITNESS SEAN BEGLEY BE PERMITTED TO APPEAR REMOTELY