# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

UNITED STATES OF AMERICA,                    )
                                             )
                v.                           )
                                             )        Case No.        1:25-cr-00136-JLT-SKO
TREVOR TADASHI DAVIDSON                       )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    **United States District Court**
                                                              *Place*
                                 **2500 Tulare Street, Fresno, California 93721**

on                               **April 29, 2026 at 1:00 p.m.**

                                          *Date and Time*

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance and Compliance Bond, if ordered.

# DEFENDANT'S RELEASE IS DELAYED PENDING UNTIL 8:00 A.M. ON THE NEXT BUSINESS DAY FOLLOWING POSTING OF PROPERTY BOND.

AO 199B  (Rev. 09/08- EDCA [Fresno]) Additional Conditions of Release (General)                    Page ☐2☐ of ☐3☐ Pages

**DAVIDSON, Trevor Tadashi**
Doc. No. 1:25-cr-00136-JLT-SKO-1

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑  (6)   The defendant is placed in the custody of:

Name of person or organization        Sean Davidson

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _Sean Davidson_
CUSTODIAN

☑  (7)   The defendant must:

☑  (a)   report on a regular basis to the following agency:
Pretrial Services and comply with their rules and regulations;

☑  (b)   report in person to the Pretrial Services Agency on the first working day following your release from custody;

☑  (c)   reside at a location approved by the pretrial services officer, and not change your residence without prior approval of pretrial services officer;

☑  (d)   report any contact with law enforcement to your pretrial services officer within 24 hours;

☑  (e)   cooperate in the collection of a DNA sample;

☑  (f)   travel restricted to Northern District of California and the Eastern District of California (for Court purposes only), unless otherwise approved in advance by pretrial services officer;

☑  (g)   not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;

☑  (h)   not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

☑  (i)   not access the internet, and you must not use or possess a computer or any device capable of accessing the internet in your residence or at any other location unless otherwise approved by the pretrial services officer. All internet capable devices located inside the residence must be password protected or secured in a locked safe;

☑  (j)   participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

☑  (k)   must not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer. All internet capable devices located inside the residence must be password protected;

☑  (l)   must not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

☑  (m)   not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18;

☑  (n)   participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the pretrial services officer; you must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

☑  (o)   not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

☑  (p)   not apply for or obtain a passport or any other traveling documents during the pendency of this case;

☑  (q)   anyone residing with the defendant must be made aware of the charges being alleged by the government;

☑  (r)   anyone residing with the defendant password protect all internet capable devices;

☑  (s)   execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:  A full equity property bond secured by the property located at 15808 Northwoods Blvd., Truckee, CA;

☑  (t)   you and your parents must allow Sergeant Begley or any authorized law enforcement officer, including Michael Ow, to visit you at any time at your residence (including the home by your parents) or elsewhere, and you must permit them to look for and take possession of any items prohibited by the conditions of your pretrial release (including any cellular telephone, computer, internet modem or internet router, or other electronic device capable of storing digital data);

☑  (u)   You consent to the search of your person, property, house, residence, vehicle papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a search warrant, by Sergeant Begley, or any authorized law enforcement officer, including Michael Ow, in the lawful discharge of the officer's supervision functions concerning a violation of a conditions of pretrial release. Failure to submit

to a search may be grounds for violation of your pretrial release and may result in being taken into custody. You must warn any other residents that the premises may be subject to searches while you reside there;

☑ (v) you and your parents' consent to Sergeant Begley or any authorized law enforcement officer, including Michael Ow, to conduct unannounced examinations (a minimum of one search per week) of any computer, computer related device or equipment that has an internal or external modem or router which is in your residence, and/or cellular phone or other electronic device capable of storing digital data. You and your parents' consent to retrieval and copying of all data from any such computer, computer related device or equipment that has an internal or external peripherals to ensure compliance with conditions. You also consent to removal of such computer related device or equipment that has an internal or external modem or router which is in your residence, and/or cellular phone computer, computer related device or equipment or electronic device for the purpose of conducting a more thorough inspection and analysis without a search warrant;

☑ (w) participate in the following location monitoring program component and abide by all the requirements of the program, which will include **a location monitoring technology as directed by the pretrial services officer.** You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **HOME DETENTION:** You must remain inside your residence at all times except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf. However, the defendant must be accompanied by his third-party custodian during all non-essential activities; and,

## USMS SPECIAL INSTRUCTIONS:

☑ (x) release on bond is delayed until the first working day following the posting of the property bond, at which time you will be released to your third-party custodian, and you must report directly to the Pretrial Services office at 2500 Tulare Street, Room 3601, Fresno, California, for the installation of the location monitoring equipment.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

Date:   February 23, 2026

_____
Jennifer L. Thurston, United States District Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL