DOUGLAS I. HORNGRAD
Attorney at Law
(State Bar No. 95086)
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone (415) 397-9509
Facsimile (415) 397-9519

Attorney for TREVOR DAVIDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:25-cr-00136 JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING FROM APRIL 29, 2026 TO SEPTEMBER 2, 2026 |
| v. | |
| TREVOR DAVIDSON, | |
| Defendant. | |

The parties respectfully request that the hearing set for April 29, 2026, be reset to September 2, 2026. First, defense counsel will be in trial in Marin Superior Court on a separate matter during the week of April 27, 2026 to May 1, 2026. This matter has already previously been continued on multiple occasions.

Second, the Defense requires additional time to provide the Government with mitigation regarding Defendant's forensic psychological assessment. Defendant has retained the services of Armstrong Forensic Psychology. Defendant is being assigned a psychologist to complete the assessment. Once a psychologist is assigned, they will conduct the assessment and produce a forensic psychological report. This process will be completed well before the proposed future date for these

proceedings. The parties will meet and confer regarding resolution soon after this report is provided to the Government.

It is hereby stipulated by and between counsel for the United States and counsel for Trevor Davidson that time be excluded under the Speedy Trial Act from April 29, 2026, through September 2, 2026, for effective preparation of counsel.  (See 18 U.S.C. §3161(h)(7)(B)(iv).). The parties plan to engage in plea negotiations after a full review of the forensic report.

The parties therefore stipulate and agree that excluding time from April 29, 2026, through September 2, 2026, is necessary to allow for effective preparation of defense counsel, taking into account the exercise of due diligence.  (See 18 U.S.C. §3161(h)(7)(B)(iv).). The parties further stipulate and agree that the ends of justice served by excluding time from April 29, 2026, through September 2, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  (See 18 U.S.C. §3161(h)(7)(A), (B)(iv).) The Government has no objection to this request.

The undersigned attorney certifies that he has obtained approval from counsel for the Defendant to file this stipulation and proposed order.


IT IS SO STIPULATED.


DATED: April 27, 2026                 */s/ David Gappa*_____
                                      DAVID GAPPA
                                      Assistant United States Attorney


DATED:  April 27, 2026                */s/ Douglas I. Horngrad*_____
                                      DOUGLAS I. HORNGRAD
                                      Counsel for Defendant Trevor Davidson

## ORDER

The Court finds that the parties have not provided good cause for a second continuance and accordingly DENIES the request to continue the status conference. The defendant was indicted on July 17, 2025, with a number of stipulated continuances for large portions of times. See ECF 20 and 29. Defendant, who is currently released on bond, is ORDERED to appear on **April 29, 2026, at 1:00 PM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.** The parties shall be prepared to discuss when, if any, discovery needs to be produced and by a date certain and when the production of experts reports shall be produced consistent with Fed.R.Crim.P. 16(a)(1)(G), (a)(1)(G)(ii), (b)(1)(C) and (b)(1)(C)(ii) and Local Rule 440.

IT IS SO ORDERED.

Dated:    **April 27, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

STIPULATED ORDER
*TREVOR DAVIDSON,* 1:25-CR-00136-JLT-SKO

3